UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMONE DANIEL,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>         Defendants. | No. CV 14-9305 VAP (AJW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: December 11, 2015

_____
VIRGINIA A. PHILLIPS
United States District Judge