**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **DAMONE DANIEL,** | ) | |
| Plaintiff, | ) | No. CV 14-9305 VAP (AJW) |
| v. | ) | |
| **CITY OF LOS ANGELES, et al.,** | ) | J U D G M E N T |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

December 11, 2015

_____
VIRGINIA A. PHILLIPS
United States District Judge